**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| v. | § § | CASE NUMBER 5:19-CR-00020-RWS |
| TERRIANCE D. SHEPHERD, | § § § | |

## ORDER

Before the Court is a Report and Recommendation of the United States Magistrate Judge regarding Defendant's competency for trial. Docket No. 24. The parties were informed of their right to file objections to the report and have waived that right.

Having conducted an independent review, the Court concludes the preponderance of the evidence shows Defendant Terrance D. Shepherd is currently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. It is therefore

**ORDERED** that the Report and Recommendation (Docket No. 24) is **ADOPTED** as the opinion of this Court. It is further

**ORDERED** that Defendant is incompetent to stand trial under 18 U.S.C. § 4241 at this time. It is further

**ORDERED** that Defendant shall be committed to the custody of the Attorney General. The Attorney General is directed to hospitalize Defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether

there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed. *See* 18 U.S.C. § 4241(d). It is further

**ORDERED** that on or before the end of this four-month period, the Attorney General or his designee shall file a report on Defendant's mental state. At that time, the United States Magistrate Judge will revisit the issue of Defendant's competency to stand trial pursuant to 18 U.S.C. § 4241(d).

**SIGNED this 9th day of March, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE