**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO. 5:19-CR-20** |
| | § | |
| **TERRIANCE D. SHEPHERD** | § | |

**ORDER**

Before the Court is a Report and Recommendation of the United States Magistrate Judge regarding Defendant's competency for trial. Docket No. 35. The parties were informed of their right to file objections to the report and have waived that right.

Having conducted an independent review, the Court concludes the preponderance of the evidence shows Defendant Terrance D. Shepherd is currently competent to stand trial as he has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. It is therefore

**ORDERED** that the Report and Recommendation (Docket No. 35) is **ADOPTED** as the opinion of this Court. It is further

**ORDERED** that Defendant is competent to stand trial at this time.

**So ORDERED and SIGNED this 12th day of March, 2021.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE