# United States District Court
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 5:19-CR-20-RWS |
| | § | |
| TERRIANCE SHEPHERD | § | |

## ORDER ADOPTING
## THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-styled matter was referred to the Honorable Caroline M. Craven, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Craven conducted a hearing on April 13, 2021, in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued a Report and Recommendation (document #42). Judge Craven recommended that the Court accept Defendant's guilty plea and conditionally approve the plea of guilty. She further recommended that the Court finally adjudge Defendant as guilty of Count 1 of the Indictment, which charges a violation of 26 U.S.C. § 7206(1), making a false return. The Court is of the opinion that the Report and Recommendation should be accepted. It is accordingly

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge (document # 42) is **ADOPTED.** It is further

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court, conditioned upon a review of the presentence report. It is finally

**ORDERED** that the Court finds the Defendant **GUILTY** of Count 1 of the Indictment in the above-numbered cause and enters a **JUDGMENT OF GUILTY** against the Defendant as to Count

1 of the Indictment.

**SIGNED this 29th day of April, 2021.**

                                                          ROBERT W. SCHROEDER III
                                                        UNITED STATES DISTRICT JUDGE